UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**INTERACTIVECORP., et al.,**

    **Plaintiffs,**

v.                                   Case No. 8:02-cv-1259-T-30EAJ

**DOW LOHNES & ALBERTSON,
PLLC, et al.,**

    **Defendants.**
_____

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal With Prejudice (Dkt. #231). In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 6, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2002\02-cv-1259.dismissal 231.wpd